IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS JACOBS,

                Plaintiff,

v.

SECRETARY OF DEPT. OF CORRECTIONS,

                Defendant.

OPINION and ORDER

24-cv-785-jdp

---

Plaintiff Chris Jacobs, proceeding without counsel, is incarcerated at Columbia Correctional Institution. Jacobs alleges that prison staff has denied his incoming mail, denied him legal loans, and denied him medical attention and adequate food. Jacobs has "struck out" under § 1915(g), which means that he cannot obtain indigent status under § 1915 in any suit he files during the period of his incarceration, except for cases in which he alleges that he is in imminent danger of serious physical injury. I screened Jacobs's complaint and concluded that his allegations about medical treatment and adequate nutrition could state imminent-danger claims, but that he didn't state a proper defendant for those claims Dkt. 2. I dismissed his complaint and gave him a chance to file an amended complaint. *Id.*

Jacobs has responded with a letter renewing his objections to the way prison staff has handled his mail, challenging his current incarcerated on double jeopardy grounds, and stating that he wishes to "stand by" his original complaint. Dkt. 11. Jacobs's arguments about the mail and his conviction are irrelevant to the task at hand in this lawsuit, which was for Jacobs to amend his complaint to name specific defendants against whom he could bring his claims. Jacobs's decision to "stand by" his original complaint does not fix his pleading problems. I'll give him a final chance to amend his complaint, or I will dismiss the case.

ORDER

IT IS ORDERED that plaintiff may have until April 25, 2025, to submit an amended complaint.

Entered April 4, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge