IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS JACOBS,

                              Plaintiff,

   v.

SECRETARY OF DEPT. OF CORRECTIONS,

                              Defendant.

OPINION and ORDER

24-cv-785-jdp

---

      Plaintiff Chris Jacobs, proceeding without counsel, is incarcerated at Columbia Correctional Institution. Jacobs alleges that prison staff has denied his incoming mail, denied him legal loans, and denied him medical attention and adequate food. Jacobs has "struck out" under § 1915(g), which means that he cannot obtain indigent status under § 1915 in any suit he files during the period of his incarceration, except for cases in which he alleges that he is in imminent danger of serious physical injury. I screened Jacobs's complaint and concluded that his allegations about medical treatment and adequate nutrition could state imminent-danger claims, but that he didn't state a proper defendant for those claims. Dkt. 2. I dismissed his complaint and gave him a chance to file an amended complaint. *Id.*

      Jacobs responded with a letter objecting to the way prison staff has handled his mail, challenging his current incarceration on double jeopardy grounds, and stating that he wished to "stand by" his original complaint. Dkt. 11. I issued an order explaining that Jacobs's arguments about the mail and his conviction were irrelevant to the task at hand in this lawsuit, which was for Jacobs to amend his complaint to name specific defendants against whom he could bring his medical care and nutrition claims. Dkt. 12. I gave Jacobs a final chance to submit an amended complaint to fix his pleading problems. *Id.*

Jacobs has responded with a letter reiterating that he wishes to stand on his original complaint. Dkt. 14. But I've already told Jacobs that his original complaint does not state any claims for relief that this court can hear. So I will dismiss this lawsuit.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.

2. The clerk of court is directed to enter judgment accordingly and close this case.

Entered April 29, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge